UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GILBERT PARKER,<br><br>                      Plaintiff,<br><br>    -against-<br><br>NEW YORK STATE DIVISION OF PAROLE; NEW YORK STATE ATTORNEY GENERAL,<br><br>                      Defendants. | 23cv10267 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 27, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 27, 2024
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                       Chief United States District Judge